**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HAMIS A-A-M ALSHARKI                                                                      PLAINTIFF

v.                                        No. 4:10CV01451 JLH/JTR

BARRON DIXSON, Deputy,
Pulaski County Regional Detention Center, *et al*.                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 17th day of November, 2010.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE